# Court of Appeals
# of the State of Georgia

ATLANTA,   May 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1843.  A. K. B. MOMIN, INC. v. REDMOND PARK HOSPITAL, LLC.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant A. K. B. Momin, Inc., appealed the magistrate court's decision to the superior court, which entered a writ of possession in favor of the plaintiff.  The defendant filed a motion for new trial, which the superior court denied.  The defendant then filed this direct appeal.

We lack jurisdiction.  Because the order at issue disposes of a de novo appeal from a magistrate court decision, the defendant was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Its failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.

We further note that Rehmat A. Momin, who is not a licensed attorney, filed the notice of appeal on behalf of A. K. B. Momin, Inc.  "In this state, only a licensed attorney is authorized to represent a corporation in a proceeding in a court of record." *Eckles v. Atlanta Technology Group*, 267 Ga. 801, 805 (2) (485 SE2d 22) (1997).  A non-lawyer is not legally permitted to file pleadings on behalf of a corporation.  See *Congress Re-Insurance Corp. v. Archer-Western Contractors, Ltd.*, 226 Ga. App. 829, 831 (1) (487 SE2d 679) (1997).  Thus, Momin is not legally permitted to file an appeal on behalf of A. K. B. Momin, Inc., nor may he file an appeal on his own behalf as he was not a party to the proceedings below.  See OCGA § 5-6-33; *Thaxton v.*

*Norfolk Southern Corp.*, 287 Ga. App. 347, 349 (1) (652 SE2d 161) (2007) (only party to case below has standing to bring appeal).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/21/2013
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*